JET/RJB: SEPT. 2019
GJ#14

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | ) **UNDER SEAL** |
| **ANTONIO LAVAR BURTON,** | ) |
| *also known as "Fat Tony," and* | ) |
| **QUINCY CORTEZ MCCLENDON** | ) |

## INDICTMENT

**COUNT ONE:**  [21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C)]

The Grand Jury charges that:

From in or about October, 2017, a more specific date being unknown to the Grand Jury, and continuing thereafter until on or about the 15th day of November, 2017, in Madison County, within the Northern District of Alabama, the defendants,

**ANTONIO LAVAR BURTON,**
*also known as "Fat Tony," and*
**QUINCY CORTEZ MCCLENDON,**

did knowingly, intentionally and unlawfully conspire and agree with each other, and with others both known and unknown to the Grand Jury, to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a controlled substance, which resulted in the death of a person known to

1

the Grand Jury, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), all in violation of Title 21, United States Code, Section 846.

**COUNT TWO:  [21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]**

The Grand Jury charges that:

On or about the 15th day of November, 2017, in Madison County, within the Northern District of Alabama, the defendants,

**ANTONIO LAVAR BURTON,**
*also known as "Fat Tony,"* **and**
**QUINCY CORTEZ MCCLENDON,**

did knowingly, intentionally and unlawfully distribute a mixture and substance containing a detectable amount of fentanyl, a controlled substance, and the death of a person known to the Grand Jury resulted from the use of said fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL


*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY


        JAY E. TOWN
        United States Attorney


        */s/ Electronic Signature*
        ROBERT J. BECHER, SR.
        Assistant United States Attorney